UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES E. SCOTT,

    Plaintiff,

v.

DYER, et al.,

    Defendants.

Case No.: 3:23-cv-00295-MMD-CSD

**ORDER**

Plaintiff James Scott has submitted a change-of-address notice stating that he is not incarcerated and now resides in Florida. (ECF No. 11). Because Plaintiff is no longer a "prisoner" under 28 U.S.C. § 1915, his application to proceed *in forma pauperis* for an inmate is moot.

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 5) is denied as moot.

It is further ordered that Plaintiff has **until April 30, 2025**, to either pay the full $402 filing fee or file a complete application to proceed *in forma pauperis* for non-inmates.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to address the matter of the filing fee by this deadline.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for non-inmates with instructions.

DATED: March 31, 2025

_____
UNITED STATES MAGISTRATE JUDGE